AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Robert Lee Lassiter )<br>*Petitioner* )<br>v. )<br>Mildred L. Rivera, )<br>*Respondent* ) | Civil Action No.  9:11-CV-02717-MBS |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____ .

■ other:   The Report and Recommendations of United States Magistrate Judge Bristow Marchant is accepted. This petition is dismissed without prejudice and without issuance and service of process upon Respondent. The Petitioner shall take nothing on this petition filed pursuant to Title 28 U.S.C.§ 2241.   .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by Judge   Honorable Margaret B Seymour, United States District Judge

.

Date:   January 09, 2012            *CLERK OF COURT*

                                    *Chondra S. White*
                                    *Signature of Clerk or Deputy Clerk*